# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:09-00250 |
| | ) | Judge Trauger |
| PATRICK LAMAR JOHNSON | ) | |
| | ) | |

## O R D E R

A continuation of the revocation proceeding was held on April 11, 2014. Upon motion of the government, it is hereby **ORDERED** that the Petition to Revoke Supervision (Docket No. 25) is **DISMISSED**.

It is so **ORDERED**.

ENTER this 11th day of April 2014.

_____
ALETA A. TRAUGER
U.S. District Judge